# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: REESTABLISHMENT OF THE : NO. 491
MAGISTERIAL DISTRICTS WITHIN :
THE 18th JUDICIAL DISTRICT OF : MAGISTERIAL RULES DOCKET
THE COMMONWEALTH OF :
PENNSYLVANIA :

## ORDER

**PER CURIAM**

AND NOW, this 14th day of June 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 18th Judicial District (Clarion County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the elimination of Magisterial District 18-3-01, within Clarion County, to be effective January 1, 2024, is granted; and that the Petition, which provides for the realignment of Magisterial Districts 18-3-02, 18-3-03, and 18-3-04, within Clarion County, to be effective January 1, 2024, is granted. The vacancy for Magisterial District 18-3-01 shall not appear on the ballot for the primary or general election in 2023.

Said Magisterial Districts shall be as follows:

Magisterial District 18-3-02
Magisterial District Judge Timothy P. Schill

Clarion Borough
Strattanville Borough
Clarion Township
Farmington Township
Highland Township
Knox Township
Millcreek Township
Washington Township

Magisterial District 18-3-03
Magisterial District Judge Jarah L. Heeter

Foxburg Borough
Knox Borough
Saint Petersburg Borough
Shippenville Borough
Ashland Township

Beaver Township
Elk Township
Paint Township
Richland Township
Salem Township

Magisterial District 18-3-04
Magisterial District Judge Jeffrey C. Miller

Callensburg Borough
East Brady Borough
Hawthorn Borough
New Bethlehem Borough
Rimersburg Borough
Sligo Borough
Brady Township
Licking Township
Limestone Township
Madison Township
Monroe Township
Perry Township
Piney Township
Porter Township
Redbank Township
Toby Township